William Lawrence DEAS, Plaintiff—Appellee,

v.

Lonnie WHITAKER, Defendant— Appellant.

No. 02–61041.

United States Court of Appeals, Fifth Circuit.

Nov. 12, 2003.

Before DAVIS and EMILIO M. GARZA, Circuit Judges and LITTLE,* District Judge.

PER CURIAM.**

After reviewing the record in this case, including the issues preserved by appellant for review, we are satisfied the district court committed no reversible error.

AFFIRMED.

* District Judge of the Western District of Louisiana, sitting by designation.
** Pursuant to 5th CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstance set forth in 5TH CIR. R. 47.5.4.